No. 39. SEAMPRUFE, INC. *v.* NATIONAL LABOR RELA- TIONS BOARD. C. A. 10th Cir. Certiorari denied. *Nathaniel H. Janes* and *Hyman J. Cohen* for petitioner. *Solicitor General Perlman,. David P. Findling, Mozart G. Ratner* and *Irving M. Herman* for respondent. ■

No. 41. GREENE ET AL. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Robert M. Drysdale* for petitioners. *Solicitor General Perlman, Assistant Attorney General Baldridge* and *Paul A. Sweeney* for the United States. ■

No. 42. BRACK *v.* GROSS. C. A. 4th Cir. Certiorari denied. *Jo V. Morgan* and *Jo V. Morgan, Jr.* for petitioner.

No. 45. MACK *v.* MALES ET AL. C. A. 6th Cir. Certiorari denied. *Harry J. Lippman* for petitioner. ■

No. 48. UNITED STATES *v.* LOYAL BAND OR GROUP OF CREEK INDIANS ET AL. Court of Claims. Certiorari denied. *Solicitor General Perlman* for the United States. *Wilfred Hearn* for respondents. ■

No. 50. CANADIAN AVIATOR, LTD. *v.* UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied. *Eugene Underwood* for petitioner. *Solicitor General Perlman, Assistant Attorney General Baldridge, Samuel D. Slade, Leavenworth Colby* and *Morton Hollander* for the United States. ■

No. 51. HAAS *v.* PALACE HOTEL CO: ET AL. District Court of Appeal of California, First Appellate District.